AO 442 (Rev. 01/09) Arrest Warrant

30548-076

# UNITED STATES DISTRICT COURT
для the
Western District of Tennessee

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. **17-10105** |
| Ronald Lynn Parham ) | |
| *Defendant* ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Ronald Lynn Parham, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Distribute and Possess with Intent to Distribute in violation of 21 U.S.C. Section 841(a)(1).
Attempt and Conspiracy, in violation of 21 U.S.C. Section 846.

Date: 12/08/2017

*Edward G. Bryant*
*Issuing officer's signature*

City and state: Jackson, Tennessee

Hon. Edward G. Bryant, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/13/17, and the person was arrested on *(date)* 12/13/17
at *(city and state)* Union City, TN

Date: 12/13/17

*Arresting officer's signature*

Nathan Bishop, TFO, DEA
*Printed name and title*